FILED

MAR - 1 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RODOLFO EMILIO SAENZ, ) <br> ) <br> Defendant. ) | 4:18CR182 HEA/DDN |

## INDICTMENT
## COUNT I

The Grand Jury charges that:

On or about March 7, 2016, in St. Louis County, within the Eastern District of Missouri, and elsewhere,

**RODOLFO EMILIO SAENZ,**

the defendant herein, did travel in interstate commerce from the State of Illinois to the State of Missouri, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, drug trafficking, in violation of Title 21, United States Code, Section 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment and carrying on of such unlawful activity, to wit: the receipt, possession and concealment of approximately $748,320.00 in United States currency. In violation of Title 18, United States Code, Section 1952.

A TRUE BILL.


_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney