UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18CR182 HEA |
| | ) | |
| RODOLFO EMILIO SAENZ, | ) | |
| | ) | |
| Defendant. | ) | |

# OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Order and Recommendation of Magistrate Judge David D. Noce, addressing Defendant's Motion to Suppress Evidence, [Doc. No.'s 15 and 21]. On May18, 2018, an evidentiary hearing was held. In his July 18, 2018 Order and Recommendation, Judge Noce recommended that the Defendant's motions be denied. Defendant has not filed written objections to this recommendation. Upon review the Court adopts the well-reasoned Report and Recommendation of Judge Noce.

The conclusion of Judge Noce that there is no basis to suppress evidence is based on a thorough and sound legal analysis. The Court agrees with his conclusions in their entirety. The Recommendation is adopted *in toto*.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motions to Suppress Evidence, [Doc. No.'s 15 and 21], are **DENIED**.

Dated this 3rd day of August, 2018.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE