UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
OCT - 9 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. S1- 4:18 CR 182 HEA
)
RODOLFO EMILIO SAENZ )
Defendant. )
)

## INFORMATION

### COUNT I

The United States Attorney charges that:

On or about March 7, 2016, in the Eastern District of Missouri,

**RODOLFO EMILIO SAENZ**

with the intent to avoid a Currency or Monetary Instruments Reporting (CMIR) requirement, did knowingly conceal more than $10,000.00 in currency or other monetary instruments on his person or in a conveyance and transported or attempted to transport the currency or other monetary instruments from a place within the United States to a place outside the United States; to wit, Mexico.

In violation of Title 31, United States Code, Section 5332(a)(1).

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

_____
JOHN T DAVIS, #40915MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, John T Davis, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
JOHN T DAVIS, #40915MO

Subscribed and sworn to before me this _____ day of October 2018.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK